**Keith D. HARROD, Plaintiff–Appellant,**

**v.**

**CITICORP CREDIT SERVICES, INC., Defendant–Appellee.**

**No. 05–1527.**

United States Court of Appeals, Federal Circuit.

Oct. 17, 2005.

Keith D. Harrod, Denise C. Villani, pro se.

---

## ORDER

Upon consideration of Keith D. Harrod's unopposed motion to voluntarily dismiss his appeal of the July 15, 2005 judgment of the United States District Court for the Northern District of Texas in *Harrod v. Citicorp Credit Servs., Inc.*, No. 04–CV–02736,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.